# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER JEROME FORT

NO. 2019 KW 1665

**MAR 1 3 2020**

---

In Re:   Walter Jerome Fort, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 05-12-0947.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED AS PREMATURE.** This court's supervisory jurisdiction may not be invoked as there is no indication that the district court has ruled on the application for postconviction relief. The petitioner may invoke the supervisory jurisdiction of the court of appeal if the trial court dismisses the application or otherwise denies relief on an application for postconviction relief. La. Code Crim. P. art. 930.6(A).

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT